UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

D-1 Daniel McVey,

    Defendant.
_____/

Case: 2:21−cr−20159
Assigned To : Roberts, Victoria A.
Referral Judge: Whalen, R. Steven
Assign. Date : 3/8/2021
Description: INFO USA v. MCVEY (SO)

Violations: 18 U.S.C. § 641
[Misdemeanor]

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES

### COUNT ONE
### 18 U.S.C. § 641 - Theft of Government Funds (Misdemeanor)

D-1 Daniel McVey

    In or around the month of June 2018, in the Eastern District of Michigan, Southern Division, the defendant Daniel McVey willfully and knowingly did embezzle, steal, purloin, and convert to his use money of the Social Security Administration, a department or agency of the United States, to wit: some portion of Social Security Act, Title XVI, Supplemental Security Income (SSI) benefits that were paid in his name for the month of May 2018, to which he was not legally entitled; all in violation of Title 18, United States Code, Section 641.

SAIMA S. MOHSIN
Acting United States Attorney

*s/John K. Neal*
JOHN K. NEAL
Chief, White Collar Crime Unit

*s/Corinne M. Lambert*
CORINNE M. LAMBERT
Special Assistant U.S. Attorney

*s/Ryan A. Particka*
RYAN A. PARTICKA
Assistant United States Attorney

Dated: March 8, 2021